United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Rachel Corina Luna | § | CASE NO. 24-32122-H4-13 |
| Debtor | § | Chapter 13 |

### ORDER VACATING ORDER TO DEPOSIT FUNDS INTO COURT REGISTRY
(Document No. 100)

Came on for consideration the Trustee's Motion to Vacate Order to Deposit Funds into Court Registry at docket no. 100. The Court has considered the motion and is of the opinion it should be granted. It is therefore

ORDERED that the Order authorizing the Trustee to deposit funds into the registry of the court entered on May 27, 2025 (docket no. 100), is vacated.

Signed: May 27, 2025

_____
Christopher Lopez
United States Bankruptcy Judge